opinion filed June 4, 1948; rehearing denied June 28, 1948; released for publication June 28, 1948. Aplington & Kaufman, for appellant; Hollerich & Hurley, for appellee. Opinion by JUSTICE BRISTOW. **Not to be published in full.**

## Four Wheel Drive Auto Company, Appellee, v. Blackhawk Machine Company, Appellant.

Gen. No. 10,236.

opinion filed June 4, 1948; released for publication June 25, 1948. Carl A. Swenson and Stanton E. Hyer, for appellant; Andrews, Essington & Barrick, for appellee; A. V. Essington, of counsel. Opinion by JUSTICE DOVE. **Not to be published in full.**

## Floyd Richter et al., Appellees, v. City of Mount Carroll, Appellant.

Gen. No. 10,249.

opinion filed June 4, 1948; released for publication June 25, 1948. Ralph M. Eaton and Manus & Manus, for appellant; Chas. E. Stuart, for appellees. Opinion by JUSTICE DOVE. Not to be published in full.

People of State of Illinois ex rel. John J. Ward, Appellee, v. Walter Tueffel, President et al., Trustees of Village of Bellwood, Appellants.

Gen. No. 44,390.

opinion filed June 7, 1948; released for publication June 23, 1948. B. F. Langworthy, Charles Center Case and Thomas A. Matthews, for appellants; John S. Boyle, Ward, Moore & Ward and William J. Sheridan, Jr., for appellee. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full.